IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ISRAEL SALGADO
also known as
Paisa,

  Defendant.

CRIMINAL FILE NO.
1:10-CR-251-8-TWT

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 409] recommending denying the Defendant's Motion to Suppress [Doc. 352 ] and the Defendant's pro se Motion to Dismiss [Doc. 405]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress [Doc. 352 ] and pro se Motion to Dismiss [Doc. 405] are DENIED.

SO ORDERED, this 29 day of March, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge